IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ETW DEVELOPMENT COMPANY, LLC, | ) ) ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO.: 4:12-CV-00170-RBH |
| | ) | |
| v. | ) | |
| | ) | |
| ACE FIRE UNDERWRITERS INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**<u>CONSENT ORDER GRANTING DEFENDANT'S MOTION TO COMPEL</u>**

WHEREAS defendant ACE Fire Underwriters Insurance Company ("ACE") propounded its first interrogatories and request for production of documents on plaintiff ETW Development Company, LLC ("ETW") on June 19, 2012;

WHEREAS ETW failed to respond to ACE's interrogatories and request for production of documents within the thirty-three (33) days required by Federal Rules of Civil Procedure 33 and 34;

WHEREAS ACE extended the time within which ETW could respond to ACE's interrogatories and request for production of documents until August 10, 2012;

WHEREAS ETW failed to respond to ACE's interrogatories and request for production of documents by August 10, 2012;

WHEREAS defendant ACE Fire Underwriters Insurance Company filed its Motion to Compel ETW's responses to ACE's interrogatories and request for production of documents on August 22, 2012;

WHEREAS the parties held an informal telephone call on August 27, 2012 with

Judge Harwell during which the parties agreed that ETW would respond to ACE's written discovery requests within fifteen (15) days of August 27, 2012; and that the parties agreed to send a consent order reflecting that agreement.

WHEREAS ACE reserves the right to file another Motion to Compel should ETW fail to provide responses to ACE's interrogatories and request for production of documents within fifteen (15) days of August 27, 2012;

IT IS HEREBY ORDERED AND ADJUDGED that defendant ACE Fire Underwriters Insurance Company's Motion to Compel be GRANTED and that plaintiff ETW Development Company, LLC shall respond to ACE's interrogatories and request for production of documents within fifteen (15) days of August 27, 2012, or by Tuesday, September 11, 2012.

SO ORDERED this 29th day of August, 2012.

s/ R. Bryan Harwell
HON. R. BRYAN HARWELL, Judge
United States District Court for the District
of South Carolina, Florence Division

Order prepared by:

*s/ Wayne D. Taylor*
WAYNE D. TAYLOR (GA Bar No. 701275)
*Admitted Pro Hac Vice*
BRIDGETTE E. ECKERSON (GA Bar No. 591373)
*Admitted Pro Hac Vice*
MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
(404) 256-0700
(404) 250-9355 facsimile

wtaylor@mfllaw.com
beckerson@mfllaw.com

-and-

*s/ Robert Holmes Hood, Jr.*
ROBERT HOLMES HOOD, JR.  (6998)
THE HOOD LAW FIRM
172 Meeting Street
Charleston, SC  29401
843-577-4435
843-722-1630 (fax)
Bobbyjr.hood@hoodlaw.com

*Attorneys for Defendant*
*ACE Fire Underwriters Insurance Company*

Consented to by:


*s/ Jack Barnes*
JACK BARNES
ALLEN JACKSON BARNES ATTORNEY AT LAW LLC
Post Office Box 2838
635 Henderson Street (29150)
Sumter, SC 29151
803-840-6327 (phone)
877-565-7367 (fax)
jack@ajbfirm.com

-and-

*s/ Everett J. Mercer*
EVERETT J. MERCER
MERCER LAW FIRM
324-B North Main Street
Post Office Box 1347
Sumter, SC 29151
803-883-5163 (phone)
ejmfirm@yahoo.com

*Attorneys for Plaintiff*
*ETW Development Company, LLC*