IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ETW DEVELOPMENT COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO.: 4:12-CV-00170-RBH |
| v. | ) | |
| | ) | |
| ACE FIRE UNDERWRITERS | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It hereby is stipulated that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

the above-entitled action be dismissed **with prejudice**. Each party shall be responsible for their own

costs incurred in this action.


This 4th day of January, 2013.


*s /Allen Jackson Barnes*
A. JACKSON BARNES
Fed. I.D. No.: 6191
jack@ajbfirm.com
Post Office Box 2838
Sumter, South Carolina  29151



*s/ Robert E. Lee*
ROBERT E. LEE
Fed. I.D. No.: 5509
rel@rellawfirm.com
Post Office Box 1096
Marion, South Carolina  29571


*Attorneys for Plaintiff ETW Development Company, LLC*

_s/ Robert Holmes Hood, Jr._____
ROBERT HOLMES HOOD, JR.(6998)
THE HOOD LAW FIRM
172 Meeting Street
Charleston, SC  29401

__s/ Wayne D. Taylor_____
WAYNE D. TAYLOR
Georgia State Bar No. 701275
*Admitted pro hac vice*
ARTHUR J. PARKS
Georgia State Bar No. 227992
*Admitted pro hac vice*
MOZLEY, FINLAYSON & LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342-1386

*Attorneys for Defendant ACE Fire Underwriters Insurance Company*